**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

DALIA PEREZ,

        Plaintiff,

   -against-

SECURITY ALLIANCE, LLC, and
ANDREW CRISTIANO

        Defendants.
_____X

CASE NO.: 1:21-cv-21713

**STIPULATION OF DISMISSAL OF COMPLAINT**

    Plaintiff DALIA PEREZ, and Defendant ANDREW CRISTIANO, by and through their respective below signed counsel, stipulate to the voluntary dismissal with prejudice as to Plaintiff's claims against Defendant in the above captioned matter. All claims available to Plaintiff as to Defendant are dismissed with prejudice with both parties agreeing to be responsible for their respective fees and costs.

DATED this 21st day of February 2022.

| | |
|---|---|
| *s/ Caroline Miller* | *s/ Paul Penichet* |
| Caroline H. Miller, Esq. | Paul F. Penichet, Esq. |
| Florida Bar No. 1012331 | Florida Bar No. 899380 |
| E-mail: *caroline@dereksmithlaw.com* | Email: *paul.penichet@jacksonlewis.com* |
| DEREK SMITH LAW GROUP, PLLC | Leslie Lagomasino Baum, Esq. |
| 701 Brickell Avenue, Suite 1310 | Florida Bar No. 1007655 |
| Miami, FL 33131 | E-mail: *leslie.baum@jacksonlewis.com* |
| Telephone: 305-946-1884 | JACKSON LEWIS P.C. |
| Facsimile: 305-503-6741 | One Biscayne Tower, Suite 3500 |
| | 2 South Biscayne Boulevard |
| *Counsel for Plaintiff* | Miami, Florida 33131 |
| | Telephone: 305-577-7600 |
| | Facsimile: 305-373-4466 |
| | |
| | *Counsel for Defendants* |